Rose M. BROWNE, Appellant, v. ÆTNA LIFE INSURANCE COMPANY.

No. 11914.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1941.

Tage Joranson, of Chicago, Ill., for appellant.

Nathan A. Cobb, of Minneapolis, Minn., Frank Janes, of Minneapolis, Minn., and Vincent O'Brien, of Chicago, Ill., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on motion of appellee.

G. R. CLOVER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8488.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1941.

C. Frederic Stanton, of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Charles E. Lowery, and S. Dee Hanson, all of Washington, D. C., for respondent.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard on Monday, February 10, 1941, and the court being of the opinion that there is no reversible error in the decision of the Board of Tax Appeals, the same is in all things affirmed. See Gransden v. Com'r (Tuttle v. Com'r), 6 Cir., 117 F.2d 80 and Warren v. Com'r, 6 Cir., 117 F.2d 82, which three cases were decided by this Court on January 8, 1941.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. ESTATE of Austin C. BRANDT, Deceased, et al., Respondent.

No. 8473.

Circuit Court of Appeals, Sixth Circuit.

Jan. 14, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Irving M. Tullar, and Edward H. Hammond, all of Washington, D. C., for petitioner.

Joseph M. Blake, of Canton, Ohio, for respondent.

Before SIMONS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

It is agreed by both the petitioner and the respondent, that the decision of the Board of Tax Appeals must be set aside upon the authority of Helvering v. Bruun, 309 U.S. 461, 60 S.Ct. 631, 84 L.Ed. 864; wherefore, it is ordered that the decision be and it is hereby set aside and the cause remanded to the Board of Tax Appeals for further proceedings.